IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **MELISSA MORENO,** | § § § | |
| Plaintiff | § § | |
| vs. | § § | Case No. 2:17-cv-186 |
| **SUPERIOR HEALTHPLAN, INC., AND CENTENE COMPANY OF TEXAS, L.P.,** § | § § § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff Melissa Moreno ("Plaintiff") and Defendants Superior Healthplan, Inc. and Centene Company of Texas, L.P. ("Defendants") by and through counsel and pursuant to Federal Rule of Civil Procedure 41(A) and hereby stipulate to the dismissal of this case in its entirety and with prejudice.  Plaintiff and Defendants further stipulate that all claims asserted in this case against Defendants are dismissed in their entirety and with prejudice.  Plaintiff and Defendants further stipulate that they shall bear their own costs, expenses and fees including, but not limited to, attorneys' fees.  Therefore, the case should be dismissed with prejudice, with each party bearing its own costs, expenses and fees, including, but not limited to, attorneys' fees.

Dated: April ___, 2018

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| By: */s/ Salvador Davila* | By: */s/ Mauro F. Ruiz* |
| **Allan G. King** (Attorney-in-Charge) | Mauro F. Ruiz (Attorney-in-charge) |
| Texas Bar No. 11433200 | Texas Bar No. 24007960 |
| Federal I.D. No.  13373 | Federal I.D. No. 23774 |
| **Salvador Davila** | |
| Texas State Bar No. 24065119 | |
| Federal I.D. No.  1419035 | |

1

| | |
|---|---|
| **LITTLER MENDELSON, PC**<br>100 Congress Avenue, Suite 1400<br>Austin, Texas  78701<br>512.982.7250<br>512.982.7248 - facsimile<br>agking@littler.com<br>sdavila@littler.com | **RUIZ LAW FIRM PLLC**<br>118 West Pecan Blvd.<br>McAllen, Texas  78501<br>956.259.8200<br>956.259.8203 - facsimile<br>mruiz@mruizlaw.com<br><br>**ATTORNEYS FOR PLAINTIFF** |

*By: /s/ Breanne Sheetz Martell*
**Douglas E. Smith**
*Pro Hac Vice*
Washington State Bar No. 17319
desmith@littler.com
**Breanne Sheetz Martell**
*Pro Hac Vice*
Washington State Bar No. 39632
bsmartell@littler.com
**LITTLER MENDELSON, P.C.**
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Telephone: (206) 623-3300
Facsimile: (206)447-6965
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2018, I electronically filed this document with the clerk of court for the U.S. District Court, Southern District of Texas, using the Electronic Case Filing System of the Court.  The Electronic Case Filing System sent a "Notice of Electronic Filing" to all counsel of record, consenting in writing to accept service of this document by electronic means.

    Mauro F. Ruiz
    RUIZ LAW FIRM, P.L.L.C.
    118 W. Pecan
    McAllen, TX  78501
    mruiz@mruizlaw.com

*/s/ Salvador Davila*
Salvador Davila

Firmwide:153764765.1 084761.1006

2